STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Thomas M. Dupont
City Prosecutor
2100 Jefferson St. Bldg. C
Lafayette LA 70501

REHEARING ACTION: December 18, 2013

**Docket Number: 13  00743-KW**

**CITY OF LAFAYETTE**
**VERSUS**
**SALLY M. SMITH**

**Writ Application from Lafayette City Court Parish Case No. OP-592**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. Sylvia R. Cooks**
> **Hon. Jimmie C. Peters**
> **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **City of Lafayette** has this day been

> **DENIED.**
> Peters, J., would grant a rehearing.

cc: Eric T. Haik, Counsel for the Applicant
    Donald Cleveland, Counsel for the Applicant